■ In the Matter of ANTHONY TRUESDALE, Petitioner, v THOMAS RICKS, as Superintendent of Upstate Correctional Facility, Respondent. [718 NYS2d 238] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references to the disciplinary hearing have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all of the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Vargas v Goord*, 271 AD2d 729).

Cardona, P. J., Spain, Carpinello and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.